UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, ET AL.,

                          Petitioners,

      -against-

VISTA ENGINEERING CORP.,
                          Respondent.
-------------------------------------------------------------X

19 **CIVIL** 5280 (VSB)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2021, Petitioners' motion is GRANTED. The Award is confirmed, and judgment is entered in favor of Petitioners and against Respondent in the amount of $129,111.96, plus interest from the date of the Award through the date of judgment at a rate of 7.5 percent, in the amount of $23,823.81. Petitioners are further awarded attorneys' fees in the amount of $1,100.00, costs in the amount of $400.00, and post-judgment interest in accordance with 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
        September 8, 2021

                                        RUBY J. KRAJICK
                                        Clerk of Court
                     BY:
                                          **Deputy Clerk**